AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ADAM HARRISON BRYANT**
**DOB: x/xx/xx**
**PDID: xxx-xxx**

**(Name and Address of Defendant)**

## CRIMINAL COMPLAINT

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about <u>March 25, 2008 and March 26, 2008</u> in the District of <u>Columbia and elsewhere</u> defendant did, **(Track Statutory Language of Offense)**

**using facilities, a telephone, and a computer of interstate commerce, knowingly attempt to persuade, induce, entice, and coerce an individual, under the age of eighteen to engage in prostitution.**

in violation of Title <u>   18   </u> United States Code, Section(s) <u>   2422(b)   </u>.

I further state that I am <u>   **DETECTIVE TIMOTHY PALCHAK**   </u>, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**    ☒ Yes   ☐ No

_____
Signature of Complainant
**DETECTIVE TIMOTHY PALCHAK**
**METROPOLITAN POLICE DEPARTMENT**

**Sworn to before me and subscribed in my presence,**

_____ at   <u>   Washington, D.C.   </u>
**Date**                                                **City and State**

_____        _____
**Name & Title of Judicial Officer**              **Signature of Judicial Officer**

STATEMENT OF FACTS

On March 25, 2008, members of the FBI Innocent Images Task Force were conducting an initiative targeting individuals involved in the on-line exploitation of children. On that date, a Task Force officer, a Fairfax County, Virginia Police detective, acting in an undercover capacity from a location in the District of Columbia posted the following message in the Washington, D.C. Craigslist.com erotica section: "Family Fun for discrete clientele only. Serious inquiries only. For more information, hit me back for more details. In town until Thursday, March 27."

Approximately five minutes after the message was posted on-line, an individual using the screen name "Let's Play", later identified as the defendant, ADAM BRYANT, sent a message to the undercover officer stating that he liked what he heard and suggesting that he and the poster of the message get together. "Let's Play" identified himself as a 29 year old consultant residing in the District of Columbia. On the same date the defendant sent an on-line message stating that he was in northwest Washington at that time and wanted to meet at a coffee shop on Connecticut Avenue.

On March 25, and March 26, 2008 the undercover officer and the defendant had conversations either on-line or by means of consensually monitored telephone conversations. . During these conversations the officer indicated that he had a 13 year old step-daughter who would be available for sex in exchange for money. The undercover officer sent to the defendant via the Internet photographs of himself with another person whom he represented was his 13 year old step-daughter.

The telephone number used in the conversations with the undercover officer was captured and investigation determined that it was assigned to a cellular telephone subscribed to by the defendant with a former address in Arlington, Virginia and a current address of 2828 Connecticut Avenue, N.W., Washington, D.C.

In the conversations with the undercover officer on March 26, 2008, the defendant offered to pay $1,000 in exchange for sex with the fictitious child, stating that the amount was the "going rate" for a sex with a 13 year old. The defendant sent a message to the officer listing various sexual acts he wanted to perform with the child, including oral sex, anal sex and vaginal intercourse. He also indicated that he intended to photograph and videotape the sex acts.

The defendant initially agreed to meet the officer and the fictitious child on the evening of March 25, 2008, but the officer cancelled the appointment, telling the defendant that he could not comply with the defendant's demands with respect to dressing the child in a certain manner. The defendant re-initiated contact with the officer within ten to fifteen minutes of the officer's cancelling the meeting and asked to re-schedule for the evening of March 26, 2008.

In an on-line conversation with the undercover officer on March 26, 2008, the defendant stated that he wanted to video tape the sex acts in which he was going to engage with the 13 year old. He arranged to meet the fictitious child at Champs Restaurant in Arlington, Virginia. When the defendant arrived at that location he was observed making a telephone call to greed to pay

$1,000 to the officer, with $400 to be paid in cash, and $600 to be paid by check. At all times that he engaged in on-line or telephone conversations with the defendant, the undercover officer was located in the District of Columbia.

    At approximately 10:15 p.m. undercover observed defendant who matched the DMV photograph of the defendant in District of Columbia DMV records, sitting at the bar. An FBI agent posing as the 13 year old girl called the defendant's cellular telephone, stated that she was in a car outside the bar and asked where her father was. The defendant said he saw her father and that she was supposed meet inside the bar with no panties on and to fondle her genitals in the bar. At that point the defendant was placed under arrest. Recovered from the defendant during a search incident to arrest was $437, with $400 separated from the remaining currency, a personal blank check signed by the defendant and payable in the amount of $600, a video camera, a camera cell phone and a Blackberry.

                                                                          DETECTIVE TIMOTHY R. PALCHAK
                                                                          Metropolitan Police Department

Sworn and subscribed to before me this _____ day of March, 2008

                                                                          United States Magistrate Judge