**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 08-216-M-01 (JMF)** |
| ) | |
| **ADAM HARRISON BRYANT** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**ENTRY OF APPEARANCE**

Defendant Adam Harrison Bryant, by and through undersigned counsel, hereby moves this Honorable Court to enter the appearance of Steven J. McCool to represent him in the above-captioned case.

Respectfully submitted,

_____/s/_____
STEVEN J. McCOOL
D.C. Bar No. 429369
MALLON & McCOOL, LLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
(202) 393-7088

Counsel for Adam Bryant

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March 2008, the foregoing Entry of Appearance was served upon the Government through the Court's electronic filing system.

_____/s/_____
STEVEN J. McCOOL