UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO. 08-216 (JMF)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **ADAM BRYANT** | : | |

**NOTICE OF APPEARANCE**

The United States of America , by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that this case is assigned to Assistant United States Attorney JULIEANNE HIMELSTEIN, Julieanne.Himelsteint@usdoj.gov and this notice is notice of her appearance as co-counsel with Assistant United States Attorney Patricia Stewart in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

BY:   /s/
JULIEANNE HIMELSTEIN
Assistant United States Attorney
Bar No. 417136
555 4th Street, N.W. Room 4832
Washington, D.C. 20530
(202) 514-8203
Julieanne.Himelstein@usdoj.gov