UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **MAGISTRATE NO. 08-216 (JMF)** |
| | : | |
| **v.** | : | |
| | : | |
| **ADAM BRYANT,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney **Julieanne Himelstein**, at telephone number **(202) 514-8203** and/or email address **Julieanne.Himelstein@usdoj.gov**. **Julieanne Himelstein**, will substitute for Assistant United States Attorney **Angela George** as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR,
United States Attorney

---

**Julieanne Himelstein, # 417136**
**Assistant United States Attorneys**
**Federal Major Crimes**
**555 4th Street, NW, Room 4832**
**Washington, DC 20530**
**(202) 514-8203**